FILED
2019 Jul-19 AM 11:21
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **RICHARD S. BYRD,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **Civil Action No. 3:19-CV-398-CLS** |
| ) | |
| **FORD MOTOR COMPANY,** ) | |
| ) | |
| ) | |
|    **Defendant.** ) | |

## SCHEDULING ORDER

This Scheduling Order supersedes any prior orders and governs further proceedings in this action unless modified for good cause shown.

    1.    **Pleadings and Parties**: The parties are allowed until October 1, 2019, to join additional parties and/or amend pleadings.

    2.    **Discovery Cutoff**: All discovery must be commenced in time to be completed by June 22, 2020.

    3.    **Dispositive Motions**: All potentially dispositive motions, including *Daubert* motions, must be filed by July 22, 2020. **Movant must file any briefs and supporting evidence with the motion for summary judgment in order for the submission to be deemed timely**. Thereafter, the court will issue an order establishing deadlines for submission of evidentiary materials and briefs in opposition

to, and in reply. ***Nota bene*: All potentially dispositive motions must comply with all requirements of the Appendix attached to the "Initial Order Governing All Further Proceedings" that was entered in this action**.

4. **Expert Testimony**: Unless modified by court order for good cause shown, the disclosures of expert witnesses — including a complete report under Fed.R.Civ.P. 26(a)(2)(B) from any specially retained or employed expert — are due:

From plaintiff by April 17, 2020.

From defendant by May 6, 2020.

5. **Final Lists**: Lists of trial witnesses and exhibits must be filed by August 24, 2020. Any objections to such lists, including objections under Federal Rule of Civil Procedure 26(a)(3), must be filed within fourteen days thereafter.

6. **Trial**: The parties shall be ready for trial by September, 2020.

7. **Marking of Exhibits**. Each party that anticipates offering as substantive evidence as many as six (6) exhibits shall premark exhibits in advance of trial, using exhibit labels and lists available from the Clerk of Court. By the time of trial, a copy of the exhibit list shall be served and filed, with exhibits being made available for inspection by opposing counsel. Presentation of evidence at trial will not ordinarily be interrupted for opposing counsel to examine a document that has been so marked and made available for inspection.

Except as expressly modified by the above, the stipulations, limitations, deadlines and other agreements set forth in the report of the parties shall apply in this case.

DONE and ORDERED this 19th day of July, 2019.

_____
United States District Judge